UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINGAL CARTER,

Plaintiff,

- against -

JOHN DOE 1, FIRST PRECINCT,

Defendant.

---

25-CV-8215 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 3, 2026, Corporation Counsel filed a letter responding to the Court's Valentin order (Dkt. 7) identifying two officers. (See Dkt. 9.) Accordingly, by **August 25, 2026**, Plaintiff shall file an Amended Complaint that replaces references to John Doe with the name or names of the officer or officers, if either, against whom Plaintiff makes his allegations. The change must be made both in the caption and in the allegations.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 4, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff and note service on the docket.