UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

VINGAL CARTER,

Plaintiff,

- against -

JOHN DOE 1, FIRST PRECINCT,

Defendants.

-------------------------------------------------------------X

25-CV-8215 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Following the June 4, 2026 issuance of a Valentin Order, Corporation Counsel identified two officers. (Dkt. 11.) On August 4, 2026, the Court ordered Plaintiff to file an Amended Complaint naming those officers as defendants in both the caption and relevant allegations by August 25, 2026. (Dkt. 12.) No Amended Complaint was filed by that date. On September 2, 2026, the Court sua sponte granted an extension until September 15, 2026. (Dkt. 13.)

On September 14, 2026, Plaintiff apparently authored a one-sentence request stating that "I need extension of time [to] file [an] amended complaint." (Dkt. 14.) Plaintiff has not provided any reason or good cause for an extension. Nor did he comply with this Court's individual rules requiring any request for adjournment to be filed at least 48 hours in advance of the deadline. In the interest of justice, however, the Court grants a final extension of time for Plaintiff to file an amended complaint. Accordingly, Plaintiff's request for an extension is granted; Plaintiff shall file an amended complaint no later than **October**

**21, 2026**. Failure to comply may result in dismissal of the case for failure to prosecute and/or failure to comply with court orders.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 21, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff and note service on the docket.